**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA ) ) v. ) ) ) SIAKA TONIA MASSAQUOI ) ) Defendant. ) ) | Case No. 1:23-cr-00421 (JMC) |

**NOTICE OF SPECIAL APPEARANCE OF COUNSEL**

Please take notice that the undersigned counsel is hereby entering a special appearance on behalf of Defendant Siaka Tonia Massaquoi ("MASSAQUOI") for the purposes of confirming his existing terms of release pending trial in the above-captioned case, requesting a preliminary hearing, and related matters.

Dated:  December 12, 2023

Respectfully submitted,

*/s/ Stephen L. Sulzer*
Stephen L. Sulzer
D.C. Bar No. 340943
**STEPHEN L. SULZER PLLC**
700 12th Street, N.W., Suite 700
Washington, D.C. 20005
Tel.: 202-499-2301
Fax:  202-558-5101
Email:  ssulzer@sulzerpllc.com

*Attorney for Siaka Tonia Massaquoi*

1

## **CERTIFICATE OF SERVICE**

I certify that on the 12th day of December, 2023, a true copy of the foregoing Notice of Special Appearance of Counsel will be filed electronically with the Clerk of the Court for the United States District Court for the District of Columbia by using the CM/ECF system.  I certify that Counsel for the United States in this case is a registered CM/ECF user and that service will be accomplished by the CM/ECF system.  I further certify that the foregoing Notice of Special Appearance of Counsel was served via email on the United States through Assistant United States Attorney Nialah S. Ferrer at nialah.ferrer@usdoj.gov.

/s/ *Stephen L. Sulzer*

Stephen L. Sulzer (DC Bar No. 340943)
**STEPHEN L. SULZER PLLC**
700 12th Street, N.W., Suite 700
Washington, D.C.  20005
Tel.:  202-499-2301
Fax:  202-558-5101
Email:  ssulzer@sulzerpllc.com

*Attorney for Defendant Siaka Tonia Massaquoi*