**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Case No. 1:23-cr-00421-JMC |
| SIAKA TONIA MASSAQUOI, | ) ) | |
| Defendant. | ) ) | |

**CORRECTED NOTICE OF APPEARANCE OF COUNSEL**

Please take notice that the undersigned counsel is hereby entering a corrected appearance on behalf of Defendant Siaka Tonia Massaquoi ("MASSAQUOI") as lead counsel for his defense and to correct the contact information set forth below.

Dated:  February 23, 2024

Respectfully submitted,

*/s/ Stephen L. Sulzer*
Stephen L. Sulzer
D.C. Bar No. 340943
**STEPHEN L. SULZER PLLC**
700 12th Street, N.W., Suite 700
Washington, D.C. 20005
Tel.: 703-899-2903 (direct)
        202-499-2301 (ofc main line)
Fax:  202-558-5101
Email:  ssulzer@sulzerpllc.com

*Attorney for Siaka Tonia Massaquoi*

1

## **CERTIFICATE OF SERVICE**

I certify that on the 23rd day of February, 2024, a true copy of the foregoing Corrected Notice of Appearance of Counsel is being filed electronically with the Clerk of the Court for the United States District Court for the District of Columbia by using the CM/ECF system.  I certify that Counsel for the United States in this case is a registered CM/ECF user and that service will be accomplished by the CM/ECF system.  I further certify that the foregoing Corrected Notice of Appearance of Counsel was served via email on the United States through Assistant United States Attorney Nialah S. Ferrer at nialah.ferrer@usdoj.gov.

/s/ *Stephen L. Sulzer*

Stephen L. Sulzer (DC Bar No. 340943)
**STEPHEN L. SULZER PLLC**
700 12th Street, N.W., Suite 700
Washington, D.C.  20005
Tel.:  703-899-2903 (direct)
          202-499-2301 (ofc main line)
Fax:  202-558-5101
Email:  ssulzer@sulzerpllc.com

*Attorney for Defendant Siaka Tonia Massaquoi*