**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| UNITED STATES, | ) | |
| | ) | |
| v. | ) | Case No. 23-cr-421 |
| | ) | |
| SIAKA MASSAQUOI | ) | |
| *Defendant.* | ) | |
| | ) | |
| | ) | |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that attorney Jonathan Gross, who was admitted to this Court,

hereby enters his appearance as counsel for Defendant SIAKA MASSAQUOI.

Dated: May 27, 2024

Respectfully Submitted,
/s/ Jonathan Gross
JONATHAN GROSS
Bar ID: MD0162
2833 Smith Ave., Suite 331
Baltimore, MD 21209
(443) 813-0141
jonathansgross@gmail.com

**CERTIFICATE OF ELECTRONIC SERVICE**

I hereby certify that on May 27, 2024, I electronically filed the foregoing with the

Clerk of Court using the CM/ECF System, with consequent service on all parties.

/s/ Jonathan Gross