**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | **Criminal No. 23-CR-421 (JMC)** |
| | **:** | |
| **SIAKA TONIA MASSAQUOI,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

## NOTICE OF APPEARANCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, enters the appearance of Jake Elijah Struebing as counsel of record in the above-captioned proceeding.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

Dated: July 24, 2024     By:     */s/ Jake Elijah. Struebing*
Jake Elijah Struebing
Assistant U.S. Attorney
D.C. Bar No. 1673297
U.S. Attorney's Office for the District of Columbia
601 D Street, N.W.
Washington, D.C. 20530
Phone: (202) 252-6931
Email:  Jake.Struebing@usdoj.gov