## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES** | ) | |
| | ) | |
| **v.** | ) | **Case No. 1:23-cr-421** |
| | ) | |
| **MASSAQUOI** | ) | |
| | ) | |
| _____ | ) | |

## DEFENDANT'S MASSAQUOI'S MOTION TO CONTINUE TRIAL

Defendant Siaka Massaquoi, by and through counsel, hereby files this Motion to Continue Trial.

Jury selection for Mr. Massaquoi's trial is set to begin on Tuesday, January 21, 2025. On this day, January 20, 2025, President Trump took the oath of office as the 47th President of the United States. Shortly after taking office, President Trump announced that he would pardon Mr. Massaquoi. Specifically, he stated, that he was going to be signing pardons for the J6 hostages, which includes Mr. Massaquoi. Accordingly, this case is effectively moot.

Mr. Massaquoi is charged with only misdemeanors and is not accused of any violence, assaults, or vandalism, so it is now certain that Mr. Massaquoi will be pardoned. The Court indicated that when pardoning became a certainty she would reevaluate Mr. Massaquoi's earlier motion to continue the trial. There is no justification for wasting court resources, government resources, and the valuable time of the American citizens who will serve as jurors in this case which will surely be thrown out by the new administration's Department of Justice.

Moreover, Mr. Massaquoi cannot receive a fair trial in the immediate wake of the pardons. The jury pool in D.C. voted 95% against President Trump in the last three elections. They are likely not to support his decision to pardon January 6 defendants. In the immediate

wake of President Trump's announcement to pardon Mr. Massaquoi, the jurors may decide to convict Mr. Massaquoi to retaliate against what they consider to be an unjust pardon by a President that they do not support and that on voir dire it may be revealed that they despise. Under these circumstances, Mr. Massaquoi will not be able to receive a fair trial. Even if President Trump does not pardon him, as he just announced, it is still worth continuing the trial so that the announcement is not fresh in the juror's minds.

Accordingly, Mr. Massaquoi respectfully requests that the trial set for January 21, 2025 be vacated and a new trial date be set for 60 days from now so that the administration has time to evaluate his case and take the necessary steps to properly dismiss it.

Dated: January 20, 2025                    Respectfully submitted,

                                           /s/ Jonathan S. Gross
                                           Jonathan Gross
                                           D.C. Bar No. NY0126
                                           2833 Smith Ave., Suite 331
                                           Baltimore, MD 21209
                                           Telephone: (443) 813-0141
                                           jonathansgross@gmail.com

**CERTIFICATE OF SERVICE**

I hereby certify on January 20, 2025, the foregoing was filed and served using the Court's ECF system.

/s/ Jonathan Gross