# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES ) | |
| ) | |
| v. ) | Case No. 1:23-cr-421 |
| ) | |
| MASSAQUOI ) | |
| ) | |
| ) | |

## DEFENDANT'S MASSAQUOI'S MOTION TO DISMISS

Defendant Siaka Massaquoi, by and through counsel, hereby files this Motion to Dismiss all charges against Mr. Massaquoi.

Jury selection for Mr. Massaquoi's trial is set to begin on Tuesday, January 21, 2025. On this day, January 20, 2025, President Trump took the oath of office as the 47th President of the United States. Shortly after taking office, President Trump announced that he would pardon Mr. Massaquoi. Specifically, he stated, that he was going to be signing pardons for the J6 hostages, which includes Mr. Massaquoi. Accordingly, this case is effectively moot.

Mr. Massaquoi is charged with only misdemeanors and is not accused of any violence, assaults, or vandalism, so it is now certain that Mr. Massaquoi will be pardoned. In the abundance of caution, Mr. Massaquoi also filed a motion to continue the trial, but the appropriate course is for the Court to dismiss all of the charges.

Dated: January 20, 2025                              Respectfully submitted,

                                                     /s/ Jonathan S. Gross
                                                     Jonathan Gross
                                                     D.C. Bar No. NY0126
                                                     2833 Smith Ave., Suite 331

Baltimore, MD 21209
Telephone: (443) 813-0141
jonathansgross@gmail.com

/s/ Stephen Sulzer
D.C. Bar No. 340943
STEPHEN L. SULZER PLLC
700 12th Street, N.W., Suite 700
Washington, D.C. 20005
Tel.: 703-899-2903 (direct)
202-499-2301 (ofc main line)
Fax: 202-558-5101
Email: ssulzer@sulzerpllc.com

## CERTIFICATE OF SERVICE

I hereby certify on January 20, 2025, the foregoing was filed and served using the Court's ECF system.

/s/ Jonathan Gross